# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **TEHSEEN HAIDER,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **PAMELA BONDI, ATTORNEY** | § | |
| **GENERAL; MARKWAYNE MULLIN,** | § | |
| **SECRETARY OF THE DEPARTMENT** | § | **No.  3:26-CV-01085-LS** |
| **OF HOMELAND SECURITY; MARY** | § | |
| **DE ANDA-YBARRA, U.S. ICE FIELD** | § | |
| **OFFICE DIRECTOR FOR EOIR** | § | |
| **FIELD OFFICE; AND ERICA** | § | |
| **ESTRADA, ASSISTANT FIELD** | § | |
| **OFFICE DIRECTOR OF EL PASO** | § | |
| **SPC,** | § | |
| | § | |
| *Defendants.* | § | |

## FINAL JUDGMENT

Before this Court is the above styled and numbered cause. On this date, the Court dismissed Petitioner's application for habeas corpus relief pursuant to 28 U.S.C. § 2241. Accordingly, as all issues in the cause have been resolved, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Petitioner's application for habeas corpus relief pursuant to 28 U.S.C. § 2241 is hereby **DISMISSED**. Any and all pending motions are **DENIED AS MOOT**.

It is finally **ORDERED** that the above styled and numbered cause is hereby **CLOSED**.

**SO ORDERED**.

**SIGNED** and **ENTERED** on May 19, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**